

| | | |
|---|---|---|
| SIDLEY AUSTIN LLP<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019<br>(212) 839 5300<br>(212) 839 5599 FAX | BEIJING<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>FRANKFURT<br>GENEVA<br>HONG KONG<br>LONDON | LOS ANGELES<br>NEW YORK<br>SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>SYDNEY<br>TOKYO<br>WASHINGTON, D.C. |
| rpietrzak@sidley.com<br>(212) 839-5537 | FOUNDED 1866 | |

May 28, 2008

**By Hand**

The Honorable Edward R. Korman
United States District Judge
Eastern District of New York
United States Courthouse
Room 918
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Plumbers' & Pipefitters' Local #562 Supplemental Plan & Trust, et. al., v.
      J.P. Morgan Acceptance Corporation I, et. al., 08-CV-1713 (ERK) (WDW)

Dear Judge Korman:

    This firm is counsel to Defendants J.P. Morgan Acceptance Corporation I, J.P. Morgan Securities Inc., David M. Duzyk, Louis Schioppo, Jr., Christine E. Cole, and Edwin F. McMichael (the "Stipulating Defendants") in this federal securities law action. I am enclosing for the Court's approval, on behalf of plaintiffs and the Stipulating Defendants, a courtesy copy of a stipulation, which was filed through the Court's ECF system today, whereby: (1) plaintiffs agree not to file a motion to remand this action; (2) the Stipulating Defendants agree to withdraw with prejudice the motion to transfer venue that they filed with this Court on May 14, 2008; and (3) plaintiffs and the Stipulating Defendants agree to extend the time within which the Stipulating Defendants may answer, move or otherwise respond to plaintiffs' forthcoming amended complaint.

    The Stipulating Defendants removed this action to this Court on April 25, 2008. This is the second request of the Stipulating Defendants in this Court for an extension of the date by which they must move, answer, or otherwise respond with respect to the forthcoming amended complaint. In anticipation of plaintiffs' then contemplated motion to remand, the undersigned counsel had previously agreed with plaintiffs' counsel to a stipulation and scheduling order on May 9, 2008. Prior to the removal of this action, the Stipulating Defendants had stipulated with plaintiffs to one extension of the date by which they must move, answer, or otherwise respond with respect to the initial Complaint.



The Honorable Edward R. Korman
May 28, 2008
Page 2

                                    Respectfully submitted,

                                    A. Robert Pietrzak

Enclosure

cc:    Samuel H. Rudman, Esq. (by e-mail, w/encl.)
       David A. Rosenfeld, Esq. (by e-mail, w/encl.)

NY1 6646905