

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
(212) 839 5300
(212) 839 5599 FAX

BEIJING
BRUSSELS
CHICAGO
DALLAS
FRANKFURT
GENEVA
HONG KONG
LONDON

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
WASHINGTON, D.C.

rpietrzak@sidley.com
(212) 839-5537

FOUNDED 1866

September 22, 2009

**By Hand and ECF**

The Honorable Edward R. Korman
United States District Judge
Eastern District of New York
United States Courthouse
Room 918
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Plumbers' & Pipefitters' Local #562 Supplemental Plan & Trust, et. al., v.
              J.P. Morgan Acceptance Corporation I, et. al., 08-CV-1713 (ERK) (WDW)

Dear Judge Korman:

    This firm represents Defendants J.P. Morgan Acceptance Corporation I, J.P. Morgan Securities Inc., David M. Duzyk, Louis Schioppo, Jr., Christine E. Cole, and Edwin F. McMichael (the "J.P. Morgan Defendants") in this federal securities law action. We write in response to the Public Employees' Retirement System of Mississippi's motion to consolidate this action with Public Employees' Retirement System of Mississippi v. Moody's Corp. et al., 09-CV-3209 (JFB) (ETB). Although the J.P. Morgan Defendants do not oppose the motion for consolidation, they reserve their right to object to consolidation for trial purposes prior to any trial in this matter.

                                                          Respectfully submitted,

                                                           A. Robert Pietrzak

cc:    Samuel H. Rudman, Esq.    (by e-mail)
       David A. Rosenfeld, Esq.    (by e-mail)
       James A. Harrod, Esq.     (by e-mail)
       Floyd Abrams             (by e-mail)



The Honorable Edward R. Korman
September 22, 2009
Page 2

       Joshua M. Rubins       (by e-mail)
       Andrew J. Ehrlich      (by c-mail)