UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

| | |
|---|---|
| Plumbers' & Pipefitters' Local #562 Supplemental Plan & Trust et al v. J.P. Morgan Acceptance Corporation I et al | 08-cv-01713-ERK-WDW   (Lead) |

-----------------------------------------------------------------

| | |
|---|---|
| Public Employees' Retirement System of Mississippi v. Moody's Investors Service, Inc. et al | 09-cv-03209-ERK -ETB |

-----------------------------------------------------------------

KORMAN, Ch.J.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ NOV 17 2009 ★
BROOKLYN OFFICE

    IT IS ORDERED that case number(s)_09-cv-03209___ be consolidated into lead case number__08-cv-01713_ as related actions.

    IT IS ORDERED that case number(s)_09-cv-03209____ be administratively closed and all further entries be made on the lead case, docket number_08-cv-01713_.

    The clerk is directed to reassign 09cv3209 from MJ Boyle to MJ Wall, as noted in the lead docket.

                                            s/Edward R. Korman
                                            EDWARD R. KORMAN, Sr. U.S.D.J.

DATED:    Brooklyn, N.Y.
                November 13, 2009