UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------x
PLUMBERS' & PIPEFITTERS' LOCAL #562  :
SUPPLEMENTAL PLAN & TRUST and        :     08-cv-1713 (ERK) (WDW)
PLUMBERS' & PIPEFITTERS' LOCAL #562  :
PENSION FUND, On Behalf of Themselves and All :
Others Similarly Situated,           :
                                     :     ECF CASE
                Plaintiff,           :
                                     :
        vs.                          :     **NOTICE OF MOTION**
                                     :
J.P. MORGAN ACCEPTANCE CORPORATION I, :
*et al.*,                            :
                                     :
                Defendants.          :
---------------------------------------------x

    PLEASE TAKE NOTICE that, upon the accompanying declaration of Dorothy J. Spenner, dated May 7, 2010, and the exhibits attached thereto, the accompanying memorandum of law in support of this motion, and any other submissions that shall be made in support of this motion, the undersigned counsel, on behalf of Defendants J.P. Morgan Acceptance Corporation I, J.P. Morgan Securities Inc., David M. Duzyk, Louis Schioppo, Jr., Christine E. Cole, and Edwin F. McMichael, will move this Court, before the Honorable Edward R. Korman, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, 11201, on a date and time to be determined by the Court, to dismiss the Amended Complaint, in its entirety and with

prejudice, pursuant to 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: New York, New York
   May 7, 2010

SIDLEY AUSTIN LLP

By: _____
A. Robert Pietrzak
rpietrzak@sidley.com
Dorothy J. Spenner
dspenner@sidley.com
Owen H. Smith
 osmith@sidley.com
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

*Attorneys for Defendants J.P. Morgan Acceptance Corporation I, J.P. Morgan Securities Inc., David M. Duzyk, Louis Schioppo, Jr., Christine E. Cole, and Edwin F. McMichael*
