| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK<br>-----------------------------------------------------------  X<br>PLUMBERS' & PIPEFITTERS' LOCAL #562<br>SUPPLEMENTAL PLAN & TRUST, et al.,<br><br>                    Plaintiffs,<br><br>     - against -<br><br>J.P. MORGAN ACCEPTANCE CORPORATION I, et al.,<br><br>                    Defendants.<br>-----------------------------------------------------------  X | **NOT FOR PUBLICATION**<br><br><br><br>**ORDER**<br><br><br>No. 08 CV 1713 (ERK) (WDW) |

KORMAN, District Judge.

    I assume familiarity with the facts of this case, a full description of which can be found in my decision on the defendants' motion to dismiss filed on December 13, 2011.  Defendants' motion to amend that decision to include certification for interlocutory appeal pursuant to 28 U.S.C. § 1292(b), filed on December 23, 2011, is stayed pending the hearing and determination of the appeal in *In re IndyMac Mortgage-Backed Sec. Litig.*, No. 11-2998 (2d Cir., filed Jul. 21, 2011).

| | |
|---|---|
| | **SO ORDERED.** |
| Brooklyn, New York<br>February 7, 2012 | *Edward R. Korman*<br>Edward R. Korman<br>Senior United States District Judge |